UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:25-cv-20073-RKA

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,

  v.

GARAN ENTERPRISES INC., ROMA GROCERS, INC. D/B/A PRESIDENTE SUPERMARKET NO. 6 and SUPERLATINOS CAFÉ RESTAURANTE CORP,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, **NIGEL FRANK DE LA TORRE PARDO**, and Defendant, **SUPERLATINOS CAFÉ RESTAURANTE CORP**, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than thirty (30) days from the date of this Notice. Additionally, the parties will request that the Court retain jurisdiction to enforce the terms of the settlement agreement. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines on this case.

Respectfully submitted this **January 29, 2025**.

*/s/ Anthony J. Perez*
ANTHONY J. PEREZ, ESQ.
Fla Bar No.: 535451
ANTHONY J. PEREZ LAW GROUP, PLLC
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
E-Mail: ajp@ajperezlawgroup.com
*Counsel for Plaintiff*

*/s/ Pablo F. Gonzalez Zepeda*
PABLO F GONZALEZ ZEPEDA, ESQ.
Florida Bar No. 58692
LAW OFFICE OF GONZALEZ ZEPEDA
13386 SW 128th St
Miami, FL 33186-5807
Phone: (305) 251-5878
E-Mail: pablo@gzattorneys.com
*Counsel for Defendant, SUPERLATINOS CAFÉ RESTAURANTE CORP*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this **January 29, 2025.**

      Respectfully submitted,

      LAW OFFICE OF GONZALEZ ZEPEDA
      PARK PLACE OF KENDALL
      13386 SW 128TH STREET
      MIAMI, FLORIDA 33186
      TELEPHONE: (305) 251-5878
      FAX: (305) 251-5879
      Email: service@gzattorney.com

      By: s/ **PABLO GONZALEZ ZEPEDA** _
          PABLO GONZALEZ ZEPEDA
          FLORIDA BAR NO.: 58692

[Remainder of Page Intentionally Left Blank]