**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:25-cv-20073-RKA

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,

  v.

GARAN ENTERPRISES INC., ROMA GROCERS, INC. D/B/A PRESIDENTE SUPERMARKET NO. 6 and SUPERLATINOS CAFÉ RESTAURANTE CORP,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT**

Plaintiff, NIGEL FRANK DE LA TORRE PARDO, hereby advises the Court that he has reached an agreement in principle to settle the instant case with Defendant, GARAN ENTERPRISES INC., and is pending execution of a Settlement Agreement. The Plaintiff will file a Voluntary Dismissal with Prejudice dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Plaintiff, respectfully requests that the Court vacate all currently set dates and deadlines on this case as to Defendant, GARAN ENTERPRISES INC. Respectfully submitted this January 31, 2025.

                                                        *s/ Anthony J. Perez*
                                                        ANTHONY J. PEREZ
                                                        Fla Bar No.: 535451

1

ANTHONY J. PEREZ LAW GROUP,
PLLC 7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
E-Mail: ajp@ajperezlawgroup.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this January 31, 2025.

Respectfully submitted,

**ANTHONY J. PEREZ LAW GROUP, PLLC**
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
Primary E-Mail: ajp@ajperezlawgroup.com
*Counsel for Plaintiff*

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ, ESQ.