UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-20073-ALTMAN

**NIGEL FRANK DE LA
TORRE PARDO**,

    *Plaintiff*,

v.

**GARAN ENTERPRISES INC.**, *et al.*,

    *Defendants*.
_____/

## ORDER

The Plaintiff filed a Notice of Voluntary Dismissal as to Defendant Garan Enterprises Inc. Only [ECF No. 20] pursuant to FED. R. CIV. P. 41(a)(1)(A)(i). Being fully advised, we hereby **ORDER** that, as to Defendant Garan Enterprises Inc. **only**, this action is **DISMISSED** *with prejudice*. Each party shall bear its own attorneys' fees and costs. This case otherwise remains **OPEN** and all motions and deadlines remain live.

**DONE AND ORDERED** in the Southern District of Florida on February 4, 2025.



    **ROY K. ALTMAN**
    **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record