**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:25-cv-20073-RKA

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,

 v.

GARAN ENTERPRISES INC., ROMA GROCERS, INC. D/B/A PRESIDENTE SUPERMARKET NO. 6 and SUPERLATINOS CAFÉ RESTAURANTE CORP,

    Defendants.
_____/

**JOINT NOTICE OF SETTLEMENT**

    Plaintiff, NIGEL FRANK DE LA TORRE PARDO, and Defendant, ROMA GROCERS, INC. D/B/A PRESIDENTE SUPERMARKET NO. 6, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The Plaintiff will file a Voluntary Dismissal with prejudice as to Defendant, ROMA GROCERS, INC. D/B/A PRESIDENTE SUPERMARKET NO. 6, once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines on this case as to Defendant, ROMA GROCERS, INC. D/B/A PRESIDENTE SUPERMARKET NO. 6.

Respectfully submitted this February 11, 2025.

| | |
|---|---|
| *s/ Anthony J. Perez*<br>ANTHONY J. PEREZ, ESQ.<br>Fla Bar No.: 535451<br>ANTHONY J. PEREZ LAW GROUP, PLLC<br>7950 W. Flagler Street, Suite 104<br>Miami, Florida 33144<br>Telephone: (786) 361-9909<br>E-Mail: ajp@ajperezlawgroup.com<br>*Counsel for Plaintiff* | */ /s/ Stephanie Pidermann*<br>STEPHANIE PIDERMANN, ESQ.<br>Florida Bar No: 60414<br>LYDECKER LLP<br>1221 Brickell Ave Fl 19<br>Miami, FL 33131-3240<br>Phone:  (305) 416-3180<br>E-Mail: sp@lydecker.com<br>*Counsel for Defendant, ROMA GROCERS, INC. D/B/A PRESIDENTE SUPERMARKET NO. 6* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this February 11, 2025.

    Respectfully submitted,

    **ANTHONY J. PEREZ LAW GROUP, PLLC**
    7950 W. Flagler Street, Suite 104
    Miami, Florida 33144
    Telephone: (786) 361-9909
    Facsimile: (786) 687-0445
    Primary E-Mail: ajp@ajperezlawgroup.com
    *Counsel for Plaintiff*

    /s/ *Anthony J. Perez*
    ANTHONY J. PEREZ, ESQ.