**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.: 1:25-cv-20073-RKA

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,
v.

GARAN ENTERPRISES INC., ROMA GROCERS, INC. D/B/A PRESIDENTE SUPERMARKET NO. 6 and SUPERLATINOS CAFÉ RESTAURANTE CORP,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the Court's Order dated January 29, 2025 [ECF No. 18], Plaintiff, **NIGEL FRANK DE LA TORRE PARDO** and Defendant, **SUPERLATINOS CAFÉ RESTAURANTE CORP.** ("Superlatinos Café"), hereby submit their Joint Stipulation of Dismissal with Prejudice concerning the settled claims between them.

1. On January 29, 2025, the Parties filed a Notice of Settlement concerning Defendant Superlatinos Café Restaurante Corp. [ECF No. 15], informing the Court the Parties reached an agreement pending the execution of the Settlement Agreement.

2. Following the Notice of Settlement, the Court ordered that the Plaintiff and Superlatinos Café must file a joint stipulation of dismissal by February 28, 2025 [ECF No. 18].

3. The Court also terminated all pending deadlines and hearings, and denied as moot any pending motions as to Defendant Superlatinos Café while keeping the case open regarding other defendants.

4. The Plaintiff and Defendant Superlatinos Café have entered into and signed the Settlement Agreement, attached and marked as **Exhibit A**.

5. The Parties stipulate to the dismissal of the above-captioned action with prejudice as to Defendant Superlatinos Café only, in accordance with the terms of their Settlement Agreement.

6. This stipulation resolves all claims between Plaintiff, Nigel Frank De La Torre Pardo and Defendant, Superlatinos Café, in this action. Additionally, the Parties request that the Court retain jurisdiction to enforce the Settlement Agreement.

7. Each Party agrees to bear its own costs and attorneys' fees, except as specifically provided in their Settlement Agreement.

**WHEREAS**, Plaintiff and Defendant Superlatinos Café respectfully request that the Court approve this Joint Stipulation of Dismissal with Prejudice and close the file as to Defendant Superlatinos Café only and retain jurisdiction to enforce the Settlement Agreement.

Respectfully submitted this **February 28, 2025.**

| | |
|---|---|
| *s/ Anthony J. Perez* | */s/ Pablo F Gonzalez Zepeda* |
| ANTHONY J. PEREZ, ESQ. | PABLO F GONZALEZ ZEPEDA, ESQ. |
| Fla Bar No.: 535451 | Florida Bar No. 58692 |
| **ANTHONY J. PEREZ LAW GROUP, PLLC** 7950 W. Flagler Street, Suite 104 | **LAW OFFICE OF GONZALEZ ZEPEDA** 13386 SW 128th St |
| Miami, Florida 33144 | Miami, FL 33186-5807 |
| Telephone: (786) 361-9909 | Phone: (305) 251-5878 |
| E-Mail: ajp@ajperezlawgroup.com | E-Mail: pablo@gzattorneys.com |
| *Counsel for Plaintiff* | *Counsel for Defendant, SUPERLATINOS CAFÉ RESTAURANTE CORP* |

Joint Stipulation of Dismissal With Prejudice  
Case No.: 25-cv-20073-RKA  
Page 3 of 3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this _28_ day of **February 2025**, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the following:

Anthony J. Perez, Esq.
Anthony J. Perez Law Group, PLLC
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Email: ajp@ajperezlawgroup.com
jr@ajperezlawgroup.com
Attorney for Plaintiff

        Respectfully submitted,

        LAW OFFICE OF GONZALEZ ZEPEDA
        PARK PLACE OF KENDALL
        13386 SW 128TH STREET
        MIAMI, FLORIDA 33186
        TELEPHONE: (305) 251-5878
        FAX: (305) 251-5879
        Email: service@gzattorney.com

        By: s/ **PABLO GONZALEZ ZEPEDA** _
        PABLO GONZALEZ ZEPEDA
        FLORIDA BAR NO.: 58692

[Remainder of Page Intentionally Left Blank]