UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-20073-ALTMAN

**NIGEL FRANK DE LA TORRE PARDO**,

    *Plaintiff*,

v.

**ROMA GROCERS, INC.**,

    *Defendant*.
_____/

**ORDER**

    The Plaintiff and the last remaining Defendant, Roma Grocers, Inc., filed a Joint Stipulation of Dismissal [ECF No. 27] in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Being fully advised, the Court hereby **ORDERS and ADJUDGES** that this matter is **DISMISSED with prejudice**. Each party shall bear its own fees and costs. The Clerk is directed to **CLOSE** this case. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

    **DONE AND ORDERED** in the Southern District of Florida on March 10, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record